600 A.2d 1210
IN THE MATTER OF FREDERICK S. SCHOFIELD,
III, AN ATTORNEY AT LAW.

January 31, 1992.

## ORDER

The Disciplinary Review Board having filed a report with the Court, recommending that FREDERICK S. SCHOFIELD, III of BRIGANTINE, who was admitted to the bar of this State in 1977, be publicly reprimanded for improperly entering into a business transaction with clients in violation of *RPC.* 1.8, 8.4(a), and 8.4(c), and good cause appearing;

It is ORDERED that the report and recommendation of the Disciplinary Review are adopted and FREDERICK S. SCHO-FIELD, III is hereby publicly reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent shall reimburse the Ethics Financial Committee for appropriate administrative costs incurred in the prosecution of this matter.